## PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. v. BALTIMORE SHIPPERS & RECEIVERS ASSOCIATION, INC., ET AL.

No. 846.   Decided January 15, 1968.

*Mary Moran Pajalich* and *Bernard A. Peeters* for appellants.

*Ronald N. Cobert* and *Philip R. Ehrenkranz* for Baltimore Shippers & Receivers Association, Inc., et al., and *Stanley E. Tobin* and *Carl M. Gould* for Charles J. Worth Drayage Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.